UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Evenstad,                                             File No. 20-cv-1119 (ECT/ECW)

          Plaintiff,

v.                                                                                  **ORDER**

John Klavins, Jennifer Schuster-Jaeger,
Monica Long, Jan Scott, Corey Hazelton,
Beth Tietz, Derek Weinke, Ramsey County
Community Corrections, and Ramsey
County,

          Defendants.

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on July 7, 2020. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**; and

4. Plaintiff's motion for appointment of counsel [ECF No. 3] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2020     s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court